

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-13-00767-CV

GARRETT OPERATORS, INC., Appellant

V.

CITY OF HOUSTON, Appellee

Appeal from the 215th District Court of Harris County.   (Tr. Ct. No. 2012-20088).

**TO THE 215TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 22nd day of January 1015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on June 18, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 22, 1015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.   Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 3, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

